# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, NJ 07102-3017
Tel: 973.624.0800   Fax: 973.624.0808

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Limited Liability Partnership of NY*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

| | | | |
|---|---|---|---|
| JAMES CRAWFORD ORR | KEVIN C. DONOVAN | JOANNA PIOREK | DANIEL E. ZEMSKY |
| WILLIAM J. RIINA | JAMES S. REHBERGER | KURT H. DZUGAY | C. TY NGUYEN |
| THOMAS F. QUINN | JOSEPH T. HANLON | GINA CALABRIA | JESSICA BRENNAN |
| BARBARA HOPKINSON KELLY | ROBERT LESKO | JOHN W. WILLIAMS | KATHERINE POTTER |
| CAROLYN F. O'CONNOR | RENEE J. SHERMAN | SHAUN S. McGREGOR | MELISSA D. LANDAU |
| KENNETH M. BROWN | ROBERT T. GUNNING | KIM M. CONNOR | KAREN D. PECK |
| DANIEL F. FLORES | GREGG S. KAHN | PETER A. SWIFT | JOHN W. ROESER |
| WILLIAM P. KRAUSS | ADAM J. KIPNIS | ERIC T. EVANS | ROBERT GITELMAN |
| MICHAEL J. NAUGHTON | MAXWELL L. BILLEK | GREGORY T. FOOTE | STEPHANIE RUFFO |
| JOSEPH A. GALLO | | JULIE VON BEVERN | JILLIAN ACKERMANN |
| ROBERT A. BERNS | OF COUNSEL | MICHAEL L. TRUCILLO | LOUIS PERAGGINE |
| KURT W. KRAUSS | ROBERT C. NEFF, JR. | BRUCE W. MCCOY, JR. | ANDREW F. BAIN |
| KELLY A. WATERS | JOHN P. O'TOOLE | MICHAEL L. SOLOMON | BRENDAN P. MCCARTHY |
| COLIN P. HACKETT | SUNA LEE | | |
| BRIAN J. WHITEMAN | CHRISTOPHER W. McCLANAHAN | | |
| SUSAN KARLOVICH | LINDA K. SMITH | | |
| MATTHEW S. MAHONEY | TANA BUCCA | | |

KEITH G. VON GLAHN (1952-2007)

www.wilsonelser.com

December 30, 2010

**Via ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street, Room 6 East
Trenton, New Jersey 08608

> Re:  American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.
> Civil Action No. 3:08-cv-05364-MLC-TJB
> Our File No.: 07478.00537

Dear Judge Bongiovanni:

Enclosed please find a proposed Consent Order to extend time for American General Life Insurance Company to answer the Second Amended Counterclaim by Ellman Saving Irrevocable Trust and Jeffrey Levitin to January 24, 2010.  If same meets your approval, the parties respectfully request entry of the order.

We thank the Court for its attention to this matter.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

__*s/ Karen D Peck*__
Karen D. Peck

KDP:kdp
Encls.
Cc:   David BenHaim, Esq.   (via ECF)
      Daniel Grossman, Esq. (via ECF)

1101189.1

To:
December 30, 2010
Page 2

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1101189.1