UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

July 6, 2011

**LETTER ORDER**

Re:   **American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.
      Civil Action No. 08-5364 (MLC)**

Dear Counsel:

Having reviewed the submissions of the parties [Docket Entry Nos. 91 & 92] relating to Defendants Ellman Savings Irrevocable Trust and Jeffrey Levitin's (the "Levitin Defendants") request to file a motion to compel discovery and for sanctions and Plaintiff's response that these Defendants failed to meet and confer prior to filing their submission, the Court DENIES without prejudice the Levitin Defendant's request to move. The parties are instructed to meet and confer in a good faith effort as required by Fed. R. Civ. P 37(a)(1) to resolve or at least limit their disputes. While the Court encourages that this meeting occur in person, it shall not at this time so order, hopeful that a telephonic discussion will be successful. The parties are further advised that they may conduct their meeting in this courthouse and the Court will intervene if efforts fail. Should the parties select the latter option, then they should contact the Court to coordinate schedules.

   **IT IS SO ORDERED.**

                                   s/ Tonianne J. Bongiovanni
                                   **TONIANNE J. BONGIOVANNI**
                                   **United States Magistrate Judge**