# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

200 Campus Drive, Florham Park, New Jersey  07932-0668    Tel: 973.624.0800   Fax: 973.624.0808

One Gateway Center, Suite 2600, Newark, New Jersey  07102

***Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Limited Liability Partnership of NY
Affiliates:  Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris***

www.wilsonelser.com

| | | | |
|---|---|---|---|
| JAMES CRAWFORD ORR | JAMES S. REHBERGER | KURT H. DZUGAY | KAREN D. PECK |
| WILLIAM J. RIINA | JOSEPH T. HANLON | GINA CALABRIA | JOHN W. ROESER |
| THOMAS F. QUINN | ROBERT LESKO | JOHN W. WILLIAMS | STEPHANIE RUFFO |
| BARBARA HOPKINSON KELLY | RENEE J. SHERMAN | SHAUN S. McGREGOR | JILLIAN ACKERMANN |
| CAROLYN F. O'CONNOR | ROBERT T. GUNNING | KIM M. CONNOR | LOUIS PERAGGINE |
| KENNETH M. BROWN | GREGG S. KAHN | PETER A. SWIFT | ANDREW F. BAIN |
| DANIEL F. FLORES | MAXWELL L. BILLEK | ERIC T. EVANS | BRENDAN P. MCCARTHY |
| KURT W. KRAUSS | JOANNA PIOREK | GREGORY T. FOOTE | CHARLES KELLETT |
| WILLIAM P. KRAUSS | | JULIE VON BEVERN | PAUL J. MILLER |
| MICHAEL J. NAUGHTON | OF COUNSEL | BRUCE W. MCCOY, JR. | ANTHONY RAPA |
| JOSEPH A. GALLO | ROBERT C. NEFF, JR. | DANIEL E. ZEMSKY | AMEE SAMPAT |
| ROBERT A. BERNS | JOHN P. O'TOOLE | C. TY NGUYEN | ANTHONY J. DRAGONE |
| KELLY A. WATERS | SUNA LEE | JESSICA BRENNAN | EMILY WEISSLITZ |
| BRIAN J. WHITEMAN | CHRISTOPHER W. McCLANAHAN | KATHERINE  POTTER | JOBIL P. CYRIAC |
| SUSAN KARLOVICH | LINDA K. SMITH | MELISSA D. LANDAU | |
| MATTHEW S. MAHONEY | TANA BUCCA | | |
| KEVIN C. DONOVAN | PAUL E. PARAY | | |

KEITH G. VON GLAHN (1952-2007)

August 18, 2011

**Via ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street, Room 6 East
Trenton, New Jersey 08608

> Re:   **American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.**
> **Civil Action No. 3:08-cv-05364-MLC-TJB**
> **Our File No.: 07478.00537**

Dear Judge Bongiovanni:

As your Honor is aware, this firm represents plaintiff American General Life Insurance Company in connection with the above referenced matter.   Enclosed for your Honor's consideration, please find a proposed Order following today's telephone status conference.   If same meets your Honor's approval, the parties respectfully request entry of same.

We thank the Court for its attention to this matter.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*s/ Karen D. Peck*

_____

Karen D. Peck

1242998.1

To:
August 18, 2011
Page 2


KDP:kdp
Encls.
cc:     David BenHaim, Esq. (via ECF)
         Daniel Grossman, Esq. (via ECF)