
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

200 Campus Drive, Florham Park, New Jersey  07932-0668   Tel: 973.624.0800   Fax: 973.624.0808
One Gateway Center, Suite 2600, Newark, New Jersey  07102

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Limited Liability Partnership of NY
Affiliates:  Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

JAMES CRAWFORD ORR
WILLIAM J. RIINA
THOMAS F. QUINN
BARBARA HOPKINSON KELLY
CAROLYN F. O'CONNOR
KENNETH M. BROWN
DANIEL F. FLORES
KURT W. KRAUSS
MICHAEL J. NAUGHTON
JOSEPH A. GALLO
ROBERT A. BERNS
KELLY A. WATERS
BRIAN J. WHITEMAN
SUSAN KARLOVICH
MATTHEW S. MAHONEY
KEVIN C. DONOVAN
JAMES S. REHBERGER

JOSEPH T. HANLON
ROBERT LESKO
RENEE J. SHERMAN
ROBERT T. GUNNING
GREGG S. KAHN
MAXWELL L. BILLEK
JOANNA PIOREK

OF COUNSEL
ROBERT C. NEFF, JR.
JOHN P. O'TOOLE
SUNA LEE
CHRISTOPHER W. McCLANAHAN
LINDA K. SMITH
TANA BUCCA
PAUL E. PARAY
KIM M. CONNOR

KEITH G. VON GLAHN (1952-2007)

KURT H. DZUGAY
GINA CALABRIA
JOHN W. WILLIAMS
SHAUN S. McGREGOR
PETER A. SWIFT
ERIC T. EVANS
GREGORY T. FOOTE
JULIE VON BEVERN
BRUCE W. MCCOY, JR.
DANIEL E. ZEMSKY
C. TY NGUYEN
JESSICA BRENNAN
MELISSA D. LANDAU
KAREN D. PECK

JOHN W. ROESER
STEPHANIE RUFFO
JILLIAN ACKERMANN
LOUIS PERAGGINE
ANDREW F. BAIN
BRENDAN P. MCCARTHY
CHARLES KELLETT
PAUL J. MILLER
ANTHONY RAPA
AMEE SAMPAT
ANTHONY J. DRAGONE
EMILY WEISSLITZ
JOBIL P. CYRIAC

www.wilsonelser.com

October 18, 2011

**Via ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street, Room 6 East
Trenton, New Jersey 08608

      Re:    *American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.*
            **Civil Action No. 3:08-cv-05364-MLC-TJB**
            **Our File No.: 07478.00537**

Dear Judge Bongiovanni:

      This firm represents plaintiff American General Life Insurance Company ("American General") in connection with the above referenced matter.  We write to request a Court Order for the deposition of third-party Lawrence Ellman.

      Mr. Ellman is the son of the decedent Irving Ellman, who was insured under the life insurance policy with is the subject of the present action.  Mr. Ellman is currently a resident at the Ohel Children's Home and Family Services located in Brooklyn, NY.[1]  During the application process for the subject Policy, Mr. Ellman, or someone purporting to be Mr. Ellman, represented to American General that he was Irving Ellman's accountant.  Specifically, Mr. Ellman (or his imitator) participated in a phone interview in connection with an Inspection Report, whereby he provided American General with information on Irving Ellman's income and net worth.  American General later discovered during a routine investigation that Irving Ellman's income and net worth were materially misrepresented in the application for the Policy

---

[1] Ohel is an assisted living facility for disabled persons.

1272575.1

To:
October 18, 2011
Page 2

and during the application process. Thus, Mr. Ellman's testimony is essential to American General's claims and defenses.

  American General served Mr. Ellman with a subpoena for testimony in February 2011 (see subpoena, enclosed hereto). In March 2011, Mr. Ellman appeared in Wilson Elser's office, accompanied by an Ohel employee, on a date which was tentatively reserved for his deposition.[2] Mr. Ellman was cooperative and pleasant during the informal meeting. However, subsequently, counsel for American General has encountered great difficulty in scheduling Mr. Ellman's deposition. American General has made multiple attempts since March 2011 to schedule the deposition. I have been in regular communications with attorney Adam Lancer, in-house counsel for Ohel. In late August, Mr. Lancer advised that he wished to ascertain Mr. Ellman's interest in the Policy, if any, before setting a deposition date. In early October, Mr. Lancer further advised that he was in the process of securing legal representation for Mr. Ellman. The parties have been accommodating to Mr. Lancer's requests. Moreover, on several occasions, the parties have gone through the inconvenience of holding a date open for Mr. Ellman's deposition only to discover shortly before the reserved date that Mr. Ellman would not be appearing.

  American General has no reason to believe that Mr. Ellman will be an uncooperative witness; rather, we believe this to mainly be a scheduling/timing issue. At this point, we have no choice but to seek a Court Order for Mr. Ellman's deposition. Accordingly, if the enclosed proposed Order meets the Court's approval, American General respectfully requests entry of same.

  We thank your Honor for her attention to this matter.

  Respectfully,

  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Karen D. Peck*

_____
Karen D. Peck

KDP:kdp
Encls.
Cc: Ira Lipsius, Esq. (via ECF)
   David BenHaim, Esq. (via ECF)
   Daniel Grossman, Esq. (via ECF)
   Adam Lancer, Esq. (via email)

---

[2] Mr. Ellman appeared for his deposition without seeking confirmation of the deposition date.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1272575.1

To:
October 18, 2011
Page 3

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1272575.1