# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

200 Campus Drive, Florham Park, New Jersey  07932-0668   Tel: 973.624.0800   Fax: 973.624.0808
One Gateway Center, Suite 2600, Newark, New Jersey  07102

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Limited Liability Partnership of NY
Affiliates:  Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

| | | | |
|---|---|---|---|
| JAMES CRAWFORD ORR | JOSEPH T. HANLON | KURT H. DZUGAY | JOHN W. ROESER |
| WILLIAM J. RIINA | ROBERT LESKO | GINA CALABRIA | STEPHANIE RUFFO |
| THOMAS F. QUINN | RENEE J. SHERMAN | JOHN W. WILLIAMS | LOUIS PERAGGINE |
| BARBARA HOPKINSON KELLY | ROBERT T. GUNNING | SHAUN S. McGREGOR | ANDREW F. BAIN |
| CAROLYN F. O'CONNOR | GREGG S. KAHN | PETER A. SWIFT | BRENDAN P. MCCARTHY |
| KENNETH M. BROWN | MAXWELL L. BILLEK | ERIC T. EVANS | CHARLES KELLETT |
| DANIEL F. FLORES | JOANNA PIOREK | GREGORY T. FOOTE | PAUL J. MILLER |
| KURT W. KRAUSS | | JULIE VON BEVERN | ANTHONY RAPA |
| MICHAEL J. NAUGHTON | OF COUNSEL | BRUCE W. MCCOY, JR. | AMEE SAMPAT |
| JOSEPH A. GALLO | ROBERT C. NEFF, JR. | DANIEL E. ZEMSKY | ANTHONY J. DRAGONE |
| ROBERT A. BERNS | JOHN P. O'TOOLE | C. TY NGUYEN | EMILY WEISSLITZ |
| KELLY A. WATERS | SUNA LEE | JESSICA BRENNAN | JOBIL P. CYRIAC |
| BRIAN J. WHITEMAN | CHRISTOPHER W. McCLANAHAN | KAREN D. PECK | |
| SUSAN KARLOVICH | LINDA K. SMITH | | |
| MATTHEW S. MAHONEY | TANA BUCCA | | |
| KEVIN C. DONOVAN | PAUL E. PARAY | | |
| JAMES S. REHBERGER | KIM M. CONNOR | | |

KEITH G. VON GLAHN (1952-2007)

www.wilsonelser.com

February 2, 2012

**Via ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> Re:   *American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.*
>       **Civil Action No. 3:08-cv-05364-MLC-TJB**
>       **Our File No.: 07478.00537**

Dear Judge Bongiovanni:

      We genuinely regret and apologize that your Honor has been subject to the parties' disagreements regarding discovery.  Many if not all of these disagreements likely could have been avoided if defendants had simply agreed to meet and confer regarding the issues, as we have repeatedly requested.  Indeed, Mr. BenHaim's February 1 letter addresses an issue regarding the proposed scheduling order as to which there is no objection.  Had counsel merely responded to our request for input on the scheduling order two weeks ago, as directed by your Honor's chambers, there would have been no need for the Mr. BenHaim's February 1 letter.

      We have no objection to Mr. BenHaim's proposed schedule for ultimate submission of discovery motions and extension of discovery until July 31.  We do, however, strenuously object to defendants' false statements that American General has not complied with its discovery obligations in this case.  As our prior submissions have demonstrated, American General is in full compliance with its discovery obligations in this case, and in fact, has gone beyond what is legitimately required by the rules of discovery.

      We, of course, are at your Honor's disposal to discuss all matters as the Court deems

1325703.1

To:
January 27, 2012
Page 2

appropriate.

      Thank you.

           Respectfully,

           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

           _____
           Karen D. Peck

KDP:kdp
Cc:   David BenHaim, Esq. (via email)
       Ira Lipsius, Esq. (via email)
       Daniel Grossman, Esq. (via email)