UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

March 15, 2012

### LETTER ORDER

**Re:**   American General Life Insurance Company v. Ellman Savings Irrevocable Trust, et al.
Civil Action No. 08-5364 (MLC)

Dear Counsel:

The Court has received Plaintiff American General Life Insurance Company's ("American General") letter dated March 7, 2012 requesting the Court's "assistance in securing the compliance of Fifth Season Financial, LLC ("Fifth Season") with a subpoena for deposition testimony and subpoena for documents."  (Letter from Karen D. Peck to the Honorable Tonianne J. Bongiovanni at 1).  The Court has reviewed American General's letter and it appears that the subpoenas in question did not issue from this Court, but from the United States District Court for the Eastern District of New York.  (*Id*., Ex. A).  Under these circumstances, American General must seek compliance with the subpoenas from the Eastern District of New York, the issuing court.  *See* Rule 45(e).

**IT IS SO ORDERED.**

s/Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**