8:cv-06364-MLC-TJB  Document 122  Filed 03/19/12  Page 1 of 3

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write ''Return Receipt Requested'' on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Mr. Israel Kugielsky
154 Miller Rd
Lakewood, NJ 08701

4a. Article Number

7005 0390 0003 6260 2205

4b. Service Type
☐ Registered   ☐ Insured
☐ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

3/16

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1991   ★U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service

**UNITED STATES POSTAL SERVICE**

**Official Business**

PENALTY FOR PRIVATE
USE TO AVOID PAYMENT
OF POSTAGE, $300

**U.S. MAIL**

Print your name, address and ZIP Code here

CLERK, U.S. DISTRICT COURT
CLARKSON S. FISHER U.S. COURTHOUSE
AND FEDERAL BUILDING
402 E. STATE STREET, RM. 2020
TRENTON, NEW JERSEY 08608

08-5364

English    Customer Service    USPS Mobile                                                                          Register / Sign In



Search USPS.com or Track Packages

Quick Tools             Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70050390000362602205 | | Delivered | March 16, 2012, 10:42 am | LAKEWOOD, NJ 08701 | Certified Mail™ |
| | | Arrival at Unit | March 16, 2012, 4:38 am | LAKEWOOD, NJ 08701 | |
| | | Processed through USPS Sort Facility | March 16, 2012, 1:28 am | TRENTON, NJ 08650 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.