# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

200 Campus Drive, Florham Park, New Jersey 07932-0668   Tel: 973.624.0800   Fax: 973.624.0808

One Gateway Center, Suite 2600, Newark, New Jersey 07102

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean*
*Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains*
*Limited Liability Partnership of NY*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

| | | | |
|---|---|---|---|
| JAMES CRAWFORD ORR | JAMES S. REHBERGER | KURT M. DZUGAY | STEPHANIE RUFFO |
| WILLIAM J. RIINA | JOSEPH T. HANLON | GINA CALABRIA | LOUIS PERAGGINE |
| THOMAS F. QUINN | ROBERT LESKO | JOHN W. WILLIAMS | ANDREW F. BAIN |
| BARBARA HOPKINSON KELLY | RENEE J. SHERMAN | SHAUN S. McGREGOR | BRENDAN P. MCCARTHY |
| CAROLYN F. O'CONNOR | ROBERT T. GUNNING | PETER A. SWIFT | CHARLES KELLETT |
| KENNETH M. BROWN | GREGG S. KAHN | ERIC T. EVANS | PAUL J. MILLER |
| DANIEL F. FLORES | MAXWELL L. BILLEK | GREGORY T. FOOTE | ANTHONY RAPA |
| KURT W. KRAUSS | JOANNA PIOREK | JULIE VON BEVERN | AMEE SAMPAT |
| ROGER R. GOTTILLA | | BRUCE W. McCOY, JR. | ANTHONY J. DRAGONE |
| MICHAEL P. TURNER | OF COUNSEL: | DANIEL E. ZEMSKY | EMILY WEISSLITZ |
| SCOTT A. ZUBER | ROBERT C. NEFF, JR. | C. TY NGUYEN | JOBIL P. CYRIAC |
| JOSEPH A. GALLO | JOHN P. O'TOOLE | KAREN D. PECK | |
| ROBERT A. BERNS | SUNA LEE | | |
| KELLY A. WATERS | CHRISTOPHER W. McCLANAHAN | | |
| BRIAN J. WHITEMAN | LINDA K. SMITH | | |
| SUSAN KARLOVICH | TANA BUCCA | | |
| MATTHEW S. MAHONEY | PAUL E. PARAY | | |
| KEVIN C. DONOVAN | KIM M. CONNOR | | |
| | STEVEN J. SHELDON | | |

KEITH G. VON GLAHN (1952-2007)

March 21, 2012

**Via ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street, Room 6 East
Trenton, New Jersey 08608

> Re:   ***American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.***
> **Civil Action No. 3:08-cv-05364-MLC-TJB**
> **Our File No.: 07478.00537**

Dear Judge Bongiovanni:

As your Honor is aware, this firm represents plaintiff American General Life Insurance Company ("American General") in connection with the above referenced matter.   As the Court is aware, defendant The Ellman Savings Irrevocable Trust filed a Motion for Sanctions against American General on March 19, 2012.   With the consent of defense counsel, we write to respectfully request that the motion schedule be extended as follows:

- American General's Opposition due on **Monday, April 16**;
- Defendants' Reply due on **Monday, April 30**.

The extension is necessary, in part, because counsel for American General has a trial on April 16 in another matter, preparation for which will consume much of counsel's time during the next several weeks.

We thank the Court for its continued attention to this matter.

Respectfully,

To:
March 21, 2012
Page 2

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____

Karen D. Peck

KDP:kdp
Cc:     David BenHaim, Esq. (via ECF)
        Ira Lipsius, Esq. (via ECF)
        Daniel Grossman (via ECF)