

80-02 Kew Gardens Road
Kew Gardens, NY 11415
212.981.8440
Facsimile 888-442-0284
www.lipsiuslaw.com

DAVID BENHAIM
Direct Line: 212-981-8446
Email:  dbenhaim@lipsiuslaw.com

May 8, 2012

**VIA ECF AND FACSIMILE (609-989-0435)**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
For the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

>   Re:   **American General Life Insurance Co. v. Ellman Savings Irrevocable Trust
>         Docket No. 08 CV 5364 (MLC) (TJB)
>         Our File No. 4206.0002**

Dear Honorable Judge Bongiovanni:

    We represent the defendants in the above referenced matter. We write with the consent of all counsel in order to respectfully request the adjournment of three items on the calendar in the above referenced matter due to time constraints imposed both by the practice and personal matters.

1. **Joint Submission of Outstanding Discovery Issues:** We request an adjournment from May 9, 2012 to May 25, 2012

2. **Defendant's Reply to the Opposition to the Discovery Motion Against Plaintiff**: We request an adjournment from May 10, 2012 to May 25, 2012.

3. **In Person Status Conference**: We request an adjournment from May 15, 2012 at 11:00 am to May 31, 2012 at 11:30 a.m.

    I stand ready at the Court's convenience to discuss this matter further. We thank the Court for its consideration of this matter.

>   Respectfully yours,
>
>   LIPSIUS-BENHAIM LAW, LLP
>
>   David BenHaim

cc.   Robert Lesko, Esq.   (via ECF only)
      Dan Grossman, Esq. (via ECF only)