UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

July 5, 2012

## LETTER ORDER

Re:   American General Life Insurance Company v. Ellman Savings Irrevocable Trust, et al.
       Civil Action No. 08-5364 (MLC)

Dear Counsel:

The Court has reviewed non-party witness, Larry Ellman's correspondence concerning his request to Plaintiff American General Life Insurance Company ("American General") for documents "allegedly creating the insurance trust, assignments and any other pertinent documents creating the rights of [American General]." (Letter from Jan Meyer to Hon. Tonianne J. Bongiovanni, U.S.M.J. of 6/18/12). The Court has also reviewed American General's response thereto. (*See* Letter from Robert P. Lesko to Hon. Tonianne J. Bongiovanni, U.S.M.J. of 6/19/12). At this juncture, the Court instructs Larry Ellman and American General to proceed as outlined below.

No later than **July 13, 2012**, Larry Ellman shall send American General a list of the documents he would like produced; if appropriate, Larry Ellman can resend his previous request for information. American General is instructed to produce all responsive documents in its possession, custody or control no later than 14 days after receiving Larry Ellman's request. To the extent American General objects to any part of Larry Ellman's request, American General is

instructed to relay its objections to Larry Ellman no later than 14 days after receiving his request for information.  The fact that objections exist shall not excuse American General from producing the remaining responsive documents within 14 days of receiving Larry Ellman's request for information.

Further, to the extent objections are made, within 14 days of said objections being levied, counsel for both American General and Larry Ellman are directed to meet and confer in good faith, either in-person or telephonically, in an effort to resolve their dispute.  If a complete resolution cannot be reached, counsel shall submit a joint letter to the Court outlining American General's objections as well as Larry Ellman's responses thereto.  If necessary, said letter shall be submitted no later than **August 17, 2012**.  Further, to the extent American General either raises no objections to Larry Ellman's request for documents or the parties are able to resolve their dispute without the need for further Court intervention, they are directed to relay that to the Court in writing no later than **August 17, 2012**.

**IT IS SO ORDERED.**

s/Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**