# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

200 Campus Drive, Florham Park, New Jersey 07932-0668   Tel: (973) 624-0800   Fax: (973) 624-0808
One Gateway Center, Suite 2600, Newark, New Jersey 07102

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Limited Liability Partnership of NY
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

[attorney name listings]

RECEIVED
SEP 04 2012
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

August 31, 2012

**VIA FACSIMILE**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.*
            Civil Action No. 3:08-cv-05364-MLC-TJB
            Our File No.: 07478.00537

Dear Judge Bongiovanni:

    Enclosed in accordance with Your Honor's July 2, 2012 Letter Order is a Confidential Certification of Compliance with July 2, 2012 Letter Order. The Letter Order was not specific as to how the certification was to be submitted to the Court. Facsimile seems the most appropriate method of submission in this instance, however, because the certification has been designated as "Confidential" in accordance with the Stipulated Protective Order entered in this matter on August 23, 2011. If Your Honor prefers that the declaration be submitted via ECF, we will of course be happy to comply, and we seek the Court's guidance in that regard. If that is the case, we will seek leave to make the filing under seal in order to preserve confidentiality of the information contained in the certification.

1468928.1

Honorable Tonianne J. Bongiovanni, U.S.M.J.
August 10, 2012
Page 2

We appreciate the Court's continuing time and attention in this regard.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Robert P. Lesko

RPL/mgs

cc: David BenHaim, Esq. (via email)
    Ira Lipsius, Esq. (via email)
    Daniel Grossman, Esq. (via email)

> The Clerk of the Court shall file this cover letter on the Docket in this matter. Submission of the Confidential Certification by facsimile to Chambers only is acceptable.

So Ordered this 4th day of September, 2012

_____

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1468928.1